UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HOWARD SCOTT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANLEY C. MIDDLEMAN, and FREEDOM MORTGAGE CORPORATION,<br><br>　　　　Defendants. | Case No.: 2:25-cv-03107-SVW-AGR<br><br>~~[PROPOSED]~~ JUDGMENT |

This matter came before the Court on *defendants* Stanley C. Middleman ("Middleman") and Freedom Mortgage Corporation's ("Freedom," and together with Middleman, the "Defendants") Motion to Dismiss Plaintiff's Complaint (the "Motion") [Dkt. No. 13]. Having reviewed the Motion and all related filings, and for the reasons discussed more fully in the Court's Minute Order Dismissing Action [Dkt. No. 19],

///

///

///

///

///

///

**IT IS ORDERED** that Judgment is hereby entered in favor of Defendants and against *plaintiff* Howard Scott.

**IT IS FURTHER ORDERED** that Defendants are entitled to recover their costs of suit.

**IT IS SO ORDERED**.

Dated: August 15, 2025

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE